**William LATTIMORE,
Plaintiff–Appellee,**

v.

**OMAN CONSTRUCTION,
Defendant–Appellant,**

**Bill White, Defendant.**

**No. 85–7790.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 1987.

Charles K. Howard, Jr., Joseph M. Freeman, Elarbee, Thompson & Trapnell, Atlan-

---

ta, Ga., William B. Hairston, Jr., Engel, Hairston, Moses & Johanson, Birmingham, Ala., for defendant-appellant.

Fletcher Farrington, Farrington & Abbot, Savannah, Ga., for amici curiae, appellee.

Robert L. Wiggins, Gordon, Silberman, Wiggins & Childs, Birmingham, Ala., for plaintiff-appellee.

Jack Drake, Tuscaloosa, Ala., for amici Drake, et al.

Thomas A. Warren, Tallahassee, Fla., for amici Warren, et al.

Larry Menefee, Blacksher, Menefee & Stein, P.A., Birmingham, Ala., for appellees.

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges,[*] and HENDERSON,[**] Senior Circuit Judge.

BY THE COURT:

The judgment, 644 F.Supp. 22, is vacated and the case is remanded to the district court for reconsideration and appropriate additional findings in light of *Commonwealth of Pennsylvania v. Delaware Valley Citizens Council for Clean Air,* — U.S. ——, 107 S.Ct. 3078, 97 L.Ed.2d 585 (1987).

VACATED and REMANDED.